## CULVER v. TRAVIS.

CERTIORARI—SPECIAL APPEAL.
> *Certiorari* will not lie, in advance of final judgment, to review the action of the circuit court in overruling the errors assigned on a special appeal from a justice's judgment.

*Certiorari* to Ionia; Davis, J. Submitted January 29, 1896. Decided March 24, 1896.

Trover by Albert Culver against Benjamin Travis. From an order overruling a special appeal from justice's court, defendant brings *certiorari*. Writ quashed.

*Mains & Mains* (*Frederick Mains*, of counsel), for plaintiff in *certiorari*.

*B. H. Bartow* and *McGarry & Nichols*, for defendant in *certiorari*.

MONTGOMERY, J. This is *certiorari* to review the ruling of the circuit court in overruling the objections of plaintiff in error taken by special appeal. No final judgment has been rendered. It was intimated on the argument that the writ was improvidently issued. We so hold. See *Palms* v. *Campau*, 11 Mich. 109. In *Peter-*

*son* v. *Fowler*, 76 Mich. 258, final judgment had been entered.

Writ will be quashed, with costs.

The other Justices concurred.